**No. 52722.**—Joensson & Cross *v.* United States, protest 130713–K (New York).

Opinion by JOHNSON, J.,  At the trial a report of the collector was admitted in evidence wherein it is admitted that the cassia oil is entitled to free entry. The protest was therefore sustained.

**No. 52723.**—The Silverite Co. et al. *v.* United States, protests 140265–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of cereal or baby dishes similar in all material respects to those the subject of *Thorens, Inc.* v. *United States* (19 Cust. Ct. 67, C. D. 1069), the claim of the plaintiffs was sustained.

**No. 52724.**—Edw. I. Petow & Son *v.* United States, protest 114819–K (Portland, Me.).

Opinion by JOHNSON, J.   In accordance with stipulation that the merchandise consists of fish scales similar in all material respects to those the subject of *United States* v. *Edw. I. Petow & Son* (34 C. C. P. A. 55, C. A. D. 343), the claim for free entry under paragraph 1677 was sustained.